Prob12B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | **ARMANDO SANCHEZ-ORNELAS** |
| **Docket Number:** | 1:11CR00061-002 AWI |
| **Offender Address:** | Fresno, California |
| **Judicial Officer:** | Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 07/11/2011 |
| **Original Offense:** | 21 USC 846, 841(a)(1) & 841(b)(1)(A), Conspiracy to Distribute Heroin and Methamphetamine |
| **Original Sentence:** | 42 months Bureau of Prisons; 60 months supervised release; $100 special assessment; and mandatory drug testing |
| **Special Conditions:** | 1) Search, 2) Financial disclosure; 3) Financial restrictions; 4) No paging device or cell phone; 5) Aftercare co-payment; and 6) Registration (drug) |
| **Type of Supervision:** | Supervised release |
| **Supervision Commenced:** | Supervision to commence on 02/14/2014 |
| **Assistant U.S. Attorney:** | Kevin P. Rooney    **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | James Homola    **Telephone:** (559) 441-7111 |
| **Other Court Action:** | None |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The defendant shall reside and participate in Turning Point Residential Reentry Center, for a period of up to 120 days; said placement shall commence at the direction of the United States Probation Officer, pursuant to 18 USC 3563(b) (11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** The offender is currently residing in the Residential Reentry Center (RRC) through the Bureau of Prisons. His projected release date from the RRC is February 14, 2014. In conversations with RRC staff, it does not appear the offender has a viable release plan. Given these circumstances, it is felt an extended stay in their program is needed to assist him in finding suitable living arrangements. Therefore, it is recommended his conditions of supervision be modified to include that he reside in the RRC for up to 120 days. Should the offender find stable living arrangements, he will be allowed to release into the community. It is noted the offender has signed a Probation 49 - Waiver, agreeing to this modification.

Respectfully submitted,

/s/ Tim D. Mechem
**TIM D. MECHEM**
**Supervising United States Probation Officer**
Telephone: (559) 499-5731


**DATED:** February 12, 2014
Fresno, California


**REVIEWED BY:** /s/ Hubert J. Alvarez
**HUBERT J. ALVAREZ**
**Supervising United States Probation Officer**

cc: United States Probation
Kevin P. Rooney, Assistant United States Attorney
James Homola, Defense Attorney
Defendant
Court File

**THE COURT ORDERS:**

( **X** ) Modification approved as recommended.

(  ) Modification not approved at this time.  Probation Officer to contact Court.

(  ) Other:


IT IS SO ORDERED.

Dated:   February 13, 2014              _____
                                        SENIOR  DISTRICT  JUDGE